**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

In the Matter of:

VIRGINIA TISINO                                                                                    Chapter 13

SSN: ###-##-0252                                                                           Case No. 18-13960-BFK

                                   Debtor

**ORDER**

      This matter came on by Motion of the Trustee seeking Order of this Court requiring the employer of the Debtor to withhold the payment of $2,809.00 per month required by the Plan of the Debtor, and to pay that amount monthly to the Trustee, Thomas P. Gorman, according to the requirement of Section 1325 (c) of the Code; and it appearing to the Court:

      (1) That the Debtor filed a voluntary petition herein under Chapter 13 of the Code on November 26, 2018 and

      (2) That the Plan (as amended, if appropriate) was confirmed, after due Notice thereof, and

      (3) That pursuant to Section 1325 (c) of the Code, after confirmation of a Plan, the Court may order any entity from whom the Debtor receives income to pay all or any part of such income to the Trustee, and

      (4) That the Debtor, Virginia Tisino is presently employed by Bureau of Engraving & Printing and receives income therefrom, and

      (5) That the amount of $2,809.00 should be withheld from that income and paid over to Thomas P. Gorman, the standing Trustee of this Court at P.O. Box 1553, Memphis, TN 38101-1553.

      IT IS ORDERED, that beginning with the month of MAY, 2019 Bureau of Engraving & Printing be and they hereby are required to withhold the amount of $2,809.00 from the monthly income of the Debtor, Virginia Tisino, and pay over the full amount thereof each month to:

                          Thomas P. Gorman
                          Chapter 13 Trustee
                            P.O. Box 1553
                        Memphis, TN 38101-1553

**Wage Order**
Virginia Tisino
**Case #18-13960-BFK**

Dated: Apr 5 2019

/s/ Brian F. Kenney

Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: Apr 5 2019

I Ask For This:

_/s/ Thomas P. Gorman _____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314
(703) 8362226
VSB #26421

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

Virginia Tisino
Chapter 13 Debtor
27 Rapidan Drive
Stafford, VA 22556

Ashvin Pandurangi
Attorney for Debtor
Ap Law Group, PLC
211 Park Ave.
Falls Church, VA 22046

Bureau of Engraving & Printing
ATTN: Payroll Office
14th & C streets, S.W.
Room 302-17A
Washington, DC 20228

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314